## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STARBURST DATA, INC. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **Case No.:** 1:25-cv-209 |
| v. | ) | |
| JOSHUA ROBERT HEWITT | ) | |
| | ) | |
| Defendant(s). | ) | |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
### ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Starburst Data, Inc. _____ who is Plaintiff _____,

(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.   Is party a publicly held corporation or other publicly held entity?

( ) Yes                    (✔) No

2.   Does party have any parent entities?

( ) Yes                    (✔) No

If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
_____
_____

3.      Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

         ( ) Yes                    (✔) No


         If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____

         _____

         _____


4.      Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

         ( ) Yes                    (✔) No

         If yes, identify all such owners: _____

         _____

         _____


5.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

         ( ) Yes                    (✔) No

         If yes, identify entity and nature of interest: _____

         _____

         _____


6.      In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of _____ and, in diversity cases, their states of citizenship:      (name of LLC or LP party)

         _____          _____
              (name of member or partner)                      (state of citizenship)

         _____          _____
              (name of member or partner)                      (state of citizenship)

         _____          _____
              (name of member or partner)                      (state of citizenship)

         _____          _____
              (name of member or partner)                      (state of citizenship)


                                          2

Note:  If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page.  If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.  *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).


| /s/ Bo Caudill | March 25, 2025 |
|:---:|:---:|
| (Signature) | (Date) |