UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| STARBURST DATA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA ROBERT HEWITT,<br><br>Defendant. | Case No. 1:25-cv-00209-TDS-JLW |

### NOTICE OF SPECIAL APPEARANCE OF TAYLOR M. MAKSON

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Taylor M. Makson of Rubin and Rudman, LLP, as counsel of record for Plaintiff in the above-captioned civil action.

By signing and filing this notice, Ms. Makson certifies that she is an active member in good standing of the Massachusetts bar, and agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the litigation for which the attorney is specially appearing.

Ms. Makson is appearing in the above-captioned action in association with Bo Caudill of Villmer Caudill, PLLC. Mr. Caudill is an active member in good standing of the bar of this Court. Mr. Caudill certifies that he will remain responsible to the Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Caudill also certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 26th day of March, 2025.

Respectfully Submitted,

*/s/ Taylor M. Makson*
Taylor M. Makson (special appearance)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA 02109
(617) 330-7000
tmakson@rubinrudman.com



By: /s/ Bo Caudill
Bo Caudill
N.C. Bar No. 45104
bocaudill@villmercaudill.com
Villmer Caudill, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: (704) 216-8255
*Local Counsel*