# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| STARBURST DATA, INC. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    1:25-CV-00209 |
| JOSHUA ROBERT HEWITT | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joshua Robert Hewitt                                                                                          .

Date:      04/08/2025

/s/ James C. White
*Attorney's signature*

James C. White, N.C. Bar #31859
*Printed name and bar number*

J.C. White Law Group, PLLC
100 Europa Dr. Suite 401
Chapel Hill, NC 27517

*Address*

jwhite@jcwhitelaw.com
*E-mail address*

(919) 246-4676
*Telephone number*

(919) 246-9113
*FAX number*