| Laptops Returned to Starburst Data, Inc. by Joshua Robert Hewitt | | | | | |
|---|---|---|---|---|---|
| **Item** | **Qty.** | **Year** | **Serial No.** | **Tracking No.** | **DATE SHIPPED** |
| Macbook Air 13" | 1 | 2020 | FVFHL3YHQ6LR | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Air 13" | 1 | 2020 | FVFJ14LYQ6LR | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Air 13" | 1 | 2020 | FVFGC35YQ6LT | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Air 13" | 1 | 2020 | C02GF1VDQ6LT | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Air 13" | 1 | 2020 | FVFHG18LQ6LR | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Air 13" | 1 | 2020 | FVFJ16EBQ6LR | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Pro 16" | 1 | 2023 | YD444P6Y6P | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Pro 16" | 1 | 2021 | MQ2NMVY4GD | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Pro 16" | 1 | 2021 | GH0Q4YQCQ7 | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Pro 16" | 1 | 2021 | D5W2RYR00C | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |
| Macbook Pro 14' | 1 | 2023 | M7Q26PVKHM | https://www.fedex.com/wtrk/track/?trknbr=281803909892 | 11/21/2024 |



EXHIBIT

A