**EveryMac.com**
Established 1996; Mac specs & more.

*Hosted by site sponsor WebMate*

||| Home || What's New? || Search || Lookup || Compare || Sort || Mac Specs || iPhone || iPad || iPod || Apple Watch || Apple TV |||

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's mailing list for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See Mac Identification or iPod, iPhone & iPad Identification. Want to search the entire site in natural language? Use Site Search instead.

**Enter Mac or Apple Device Identifier:** [ C02GF1VDQ6LT ] [ Lookup ]

 

Upgrades, Accessories & Storage for your Mac!

### Site Sponsors

**United States:**











**United Kingdom:**





Keywords=C02GF1VDQ6LT

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by Order Number for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"     3.2 GHz Apple M1



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | None |
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |

Complete MacBook Air "M1" 8 CPU/7 GPU 13" Specs

### MacBook Air "M1" 8 CPU/8 GPU 13"     3.2 GHz Apple M1


EXHIBIT
**B**







**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs

<< Mac Systems (Main)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.

 EveryMac.com
Established 1996; Mac specs & more.

*Hosted by site sponsor WebMate.*

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's mailing list for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See Mac Identification or iPod, iPhone & iPad Identification. Want to search the entire site in natural language? Use Site Search instead.

**Enter Mac or Apple Device Identifier:** `FVFGC35YQ6LT`  [Lookup]

 
Upgrades, Accessories & Storage for your Mac!   [SHOP NOW >]   MacSales.com

### Site Sponsors

**United States:**







**United Kingdom:**



Keywords=FVFGC35YQ6LT

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by Order Number for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"    3.2 GHz Apple M1



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | None |
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |

Complete MacBook Air "M1" 8 CPU/7 GPU 13" Specs

### MacBook Air "M1" 8 CPU/8 GPU 13"    3.2 GHz Apple M1







**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs

<< Mac Systems (Main)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.



||| Home || What's New? || Search || Lookup || Compare || Sort || Mac Specs || iPhone || iPad || iPod || Apple Watch || Apple TV ||

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's <u>mailing list</u> for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See <u>Mac Identification</u> or <u>iPod, iPhone & iPad Identification</u>. Want to search the entire site in natural language? Use <u>Site Search</u> instead.

**Enter Mac or Apple Device Identifier:** `FVFHG18LQ6LR`  | Lookup |

 

Keywords=FVFHG18LQ6LR

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by <u>Order Number</u> for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"    3.2 GHz Apple M1



| Intro. | November 10, 2020* | Disc. | None |
|--------|--------------------|-------|------|
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |

<u>Complete MacBook Air "M1" 8 CPU/7 GPU 13" Specs</u>

### MacBook Air "M1" 8 CPU/8 GPU 13"    3.2 GHz Apple M1

**Site Sponsors**

**United States:**











**United Kingdom:**









**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
|--------|--------------------|-------|--------------|
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

[Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs](#)

<< [Mac Systems (Main)](#)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.



||| Home || What's New? || Search || Lookup || Compare || Sort || Mac Specs || iPhone || iPad || iPod || Apple Watch || Apple TV ||

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's mailing list for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See Mac Identification or iPod, iPhone & iPad Identification. Want to search the entire site in natural language? Use Site Search instead.

**Enter Mac or Apple Device Identifier:** [ FVFHL3YHQ6LR ] [ Lookup ]

 

### Site Sponsors

**United States:**











**United Kingdom:**



Keywords=FVFHL3YHQ6LR

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by Order Number for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"          3.2 GHz Apple M1



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | None |
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |

Complete MacBook Air "M1" 8 CPU/7 GPU 13" Specs

### MacBook Air "M1" 8 CPU/8 GPU 13"          3.2 GHz Apple M1







**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
|--------|--------------------|-------|--------------|
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs

<< Mac Systems (Main)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.

 **EveryMac.com**
Established 1996; Mac specs & more.

*Hosted by site sponsor WebMate.*

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's mailing list for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See Mac Identification or iPod, iPhone & iPad Identification. Want to search the entire site in natural language? Use Site Search instead.

**Enter Mac or Apple Device Identifier:** [ FVFJ14LYQ6LR ] [ Lookup ]

Upgrades, Accessories & Storage for your Mac!  

### Site Sponsors

**United States:**











**United Kingdom:**



Keywords=FVFJ14LYQ6LR

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by Order Number for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"    3.2 GHz Apple M1



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | None |
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |
| Complete MacBook Air "M1" 8 CPU/7 GPU 13" Specs | | | |

### MacBook Air "M1" 8 CPU/8 GPU 13"    3.2 GHz Apple M1







**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

[Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs](#)

<< [Mac Systems (Main)](#)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.

 EveryMac.com
Established 1996; Mac specs & more.

||| Home || What's New? || Search || Lookup || Compare || Sort || Mac Specs || iPhone || iPad || iPod || Apple Watch || Apple TV ||

Today's Special: Sponsor OWC has used MacBook Airs starting at only US$129 -- M1 from US$549, M2 from US$699,

## Mac & Apple Devices - EveryMac.com's Ultimate Mac Lookup

Lookup Mac, iPod, iPhone, iPad, Apple Watch, Apple TV and other Apple devices by Apple Order Number, Model Number, EMC Number, Model Identifier, and Serial Number as well as Intel processor number to check its specs and other details.

Join EveryMac.com's mailing list for bimonthly or so site update notices, as well.

**For a Serial Number lookup, be sure to enter the *entire serial number*.**

Need help? See Mac Identification or iPod, iPhone & iPad Identification. Want to search the entire site in natural language? Use Site Search instead.

**Enter Mac or Apple Device Identifier:** [FVFJ16EBQ6LR] [Lookup]

 
Upgrades, Accessories & Storage for your Mac! [SHOP NOW ›] MacSales.com

### Site Sponsors

**United States:**











**United Kingdom:**



Keywords=FVFJ16EBQ6LR

Showing 1 - 2 of 2

This serial number is for the "M1, 2020" MacBook Air. Please select your system based on whether it has a 7-core or 8-core graphics processor or lookup your Mac by Order Number for more specific identification.

### MacBook Air "M1" 8 CPU/7 GPU 13"          3.2 GHz Apple M1



| | | | |
|---|---|---|---|
| Intro. | November 10, 2020* | Disc. | None |
| Order | MGN63LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 128, 256 GB SSD* | Optical | None* |
| Complete MacBook Air "M1 8 CPU/7 GPU 13" Specs | | | |

### MacBook Air "M1" 8 CPU/8 GPU 13"          3.2 GHz Apple M1







**Germany:**



**Spain:**



**Australia:**





**New Zealand:**



**Hong Kong:**



Thank you for your support.



| Intro. | November 10, 2020* | Disc. | June 6, 2022 |
|--------|--------------------|-------|--------------|
| Order | MGN73LL/A* | Model | A2337 (EMC 3598) |
| Family | M1, 2020 | ID | MacBookAir10,1 |
| RAM | 8 GB* | VRAM | Integrated |
| Storage | 512 GB SSD | Optical | None* |

Complete MacBook Air "M1" 8 CPU/8 GPU 13" Specs

<< Mac Systems (Main)

Established in 1996, EveryMac.com has been created by experts with decades of experience with Apple hardware. EveryMac.com includes, and always has included, original research incorporating detailed, hands-on inspection of packaging, computers, and devices as well as extensive real-world use. All information is provided in good faith, but no website or person is perfect. Accordingly, EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Copying, scraping, or use of any content without expressed permission is not allowed, although links to any page are welcomed and appreciated. *Last major site update May 4, 2025. 'Estimated Current Retail' prices last updated on February 14, 2024.*

Contact - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996-2025.

**Check Coverage**

Sign In



# MacBook Pro (14-inch, M3 Pro or M3 Max, Nov 2023)

Purchase Date: March 2024
Serial Number: M7Q26PVKHM

## Your Coverage



### AppleCare+

Your AppleCare coverage includes the following benefits:

**Accidental Damage Protection**
Unlimited repairs for accidental damage

**Hardware Service**
Mac, battery & included accessories

**24/7 Priority Access**
Contact an Apple expert by chat or phone

## Support Options

Case 1:25-cv-00209-TDS-JLW    Document 14-2    Filed 06/20/25    Page 13 of 22



## Get Support

Connect by phone, chat, email and more.

Start now ›



## Apple Support App

Get help for all of your Apple products in one app.

Download ↗

## Mac Repair & Service

Repair or get service for your Mac

Visit support page ›

Service is governed by specific AppleCare Terms and Conditions and is limited to the service options available in the country where service is requested. Service options, parts availability and response times may vary. Coverage status and expiration date are estimated. Your warranty is the same whether or not you register. Learn about Apple's coverage information for your product... ↗

Important: Apple's Limited Warranty and AppleCare product benefits are in addition to rights provided by consumer law. If you believe you have a valid consumer law claim, please contact us. See details... ↗

Support      Check Coverage

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.
Copyright © 2025 Apple Inc. All rights reserved.      Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                United States

 **MacBook Pro (16-inch, 2021)**

Purchase Date: August 2022

Serial Number: D5W2RYR00C

## Your Coverage

**Coverage Expired**

These service options may be available to you:

**Paid Repairs & Service**

Paid Apple-certified repairs and service at the Apple Store or with one of our Apple Authorized Service Providers

**Chat & Phone Support**

Contact us for expert technical support from the people who know your product best

Our records indicate that your product is not covered under Apple's Limited Warranty or an AppleCare product for hardware repairs and service based on the estimated expiration date.

## Support Options



**Get Support**

Connect by phone, chat, email and more.

Start now >



**Apple Support App**

Get help for all of your Apple products in one app.

Download ↗

**Mac Repair & Service**

Repair or get service for your Mac

Visit support page >

Service is governed by specific AppleCare Terms and Conditions and is limited to the service options available in the country where service is requested. Service options, parts availability and response times may vary. Coverage status and expiration date are estimated. Your warranty is the same whether or not you register. Learn about Apple's coverage information for your product... ↗

Important: Apple's Limited Warranty and AppleCare product benefits are in addition to rights provided by consumer law. If you believe you have a valid consumer law claim, please contact us. See details... ↗

Support     Check Coverage

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.     Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                United States



# MacBook Pro (16-inch, 2021)

Purchase Date: August 2022
Serial Number: GH0Q4YQCQ7

## Your Coverage



### AppleCare+

Your AppleCare coverage includes the following benefits:

**Accidental Damage Protection**
Unlimited repairs for accidental damage

**Hardware Service**
Mac, battery & included accessories

**24/7 Priority Access**
Contact an Apple expert by chat or phone

## Support Options



### Get Support

Connect by phone, chat, email and more.

Start now ›



### Apple Support App

Get help for all of your Apple products in one app.

Download ↗

### Mac Repair & Service

Repair or get service for your Mac

Visit support page ›

Service is governed by specific AppleCare Terms and Conditions and is limited to the service options available in the country where service is requested. Service options, parts availability and response times may vary. Coverage status and expiration date are estimated. Your warranty is the same whether or not you register. Learn about Apple's coverage information for your product... ↗

Important: Apple's Limited Warranty and AppleCare product benefits are in addition to rights provided by consumer law. If you believe you have a valid consumer law claim, please contact us. See details... ↗

Support        Check Coverage

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.        Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map        United States

# Check Coverage



# MacBook Pro (16-inch, 2021)

Purchase Date: May 2022
Serial Number: MQ2NMVY4GD

## Your Coverage

### Coverage Expired

These service options may be available to you:

**Paid Repairs & Service**
Paid Apple-certified repairs and service at the Apple Store or with one of our Apple Authorized Service Providers

**Chat & Phone Support**
Contact us for expert technical support from the people who know your product best

Our records indicate that your product is not covered under Apple's Limited Warranty or an AppleCare product for hardware repairs and service based on the estimated expiration date.

## Support Options



### Get Support

Connect by phone, chat, email and more.

Start now ›



### Apple Support App

Get help for all of your Apple products in one app.

Download ↗

### Mac Repair & Service

Repair or get service for your Mac

Visit support page ›

Service is governed by specific AppleCare Terms and Conditions and is limited to the service options available in the country where service is requested. Service options, parts availability and response times may vary. Coverage status and expiration date are estimated. Your warranty is the same whether or not you register. Learn about Apple's coverage information for your product... ↗

Important: Apple's Limited Warranty and AppleCare product benefits are in addition to rights provided by consumer law. If you believe you have a valid consumer law claim, please contact us. See details... ↗

Support      Check Coverage

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.      Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                                             United States

 # MacBook Pro (16-inch, 2023)

Purchase Date: February 2023
Serial Number: YD444P6Y6P

## Your Coverage

 **AppleCare+**

Your AppleCare coverage includes the following benefits:

**Accidental Damage Protection**
Unlimited repairs for accidental damage

**Hardware Service**
Mac, battery & included accessories

**24/7 Priority Access**
Contact an Apple expert by chat or phone

## Support Options



**Get Support**

Connect by phone, chat, email and more.

Start now ›



**Apple Support App**

Get help for all of your Apple products in one app.

Download ↗

**Mac Repair & Service**

Repair or get service for your Mac

Visit support page ›

Service is governed by specific AppleCare Terms and Conditions and is limited to the service options available in the country where service is requested. Service options, parts availability and response times may vary. Coverage status and expiration date are estimated. Your warranty is the same whether or not you register. Learn about Apple's coverage information for your product... ↗

Important: Apple's Limited Warranty and AppleCare product benefits are in addition to rights provided by consumer law. If you believe you have a valid consumer law claim, please contact us. See details... ↗

Support    Check Coverage

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States