

Swappa / Guides / MacBook Air 2020 - 13" / Prices

 MacBook Air 2020 - 13" Prices

Guide    Colors    Storage    Reviews    Compare



# MacBook Air 2020 - 13"

| Starting price: | Average price: |
|:---:|:---:|
| **$257** | **$443** |

🛒 Shop Now    💲 Sell Yours

## How much does a MacBook Air 2020 - 13" cost?

MacBook Air 2020 - 13" prices start at $257 and cost $443 on average as of May 2025.

MacBook Air 2020 - 13" prices will continue to get cheaper over time. Apple phones hold their value well, but prices will

> Shop MacBook Air 2020 - 13"

## Current Prices for MacBook Air 2020 - 13"

Updated May 2025

| # | Carrier | Storage | Avg Price |
|---|---------|---------|-----------|

See Full MacBook Air 2020 - 13" Price List

## What's the best price for a MacBook Air 2020 - 13"?

The best price for MacBook Air 2020 - 13" is $257 for 128GB. This used price is a great deal compared to the MSRP of $999.

Shop MacBook Air 2020 - 13"



## MacBook Air 2020 – 13&quot; Price



Source

# How does storage affect MacBook Air 2020 - 13" price?

Storage size is generally a major factor affecting MacBook Air 2020 - 13" prices. The average sale price for the Intel Core i7 / 256 GB MacBook Air 2020 - 13" was $319 in April 2025, compared to $411 in November 2024. The average sale price for the Intel Core i5 / 256 GB MacBook Air 2020 - 13" was $332 in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i3 / 256 GB MacBook Air 2020 - 13" was $323 in April 2025, compared to $351 in November 2024. The average sale price for the Intel Core i7 / 512 GB MacBook Air 2020 - 13" was $463 in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i5 / 512 GB MacBook Air 2020 - 13" was $396 in April 2025, compared to $394 in November 2024. The average sale price for the Intel Core i3 / 512 GB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i7 / 1 TB MacBook Air 2020 - 13" was $ in April 2025, compared to $515 in November 2024. The average sale price for the Intel Core i5 / 1 TB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i3 / 1 TB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i7 / 2 TB MacBook Air 2020 - 13" was $ in April



2025, compared to $ in November 2024. The average sale price for the Intel Core i3 / 2 TB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i3 / 128 GB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i5 / 128 GB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Intel Core i7 / 128 GB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024. The average sale price for the Apple M1 / 128 GB MacBook Air 2020 - 13" was $383 in April 2025, compared to $423 in November 2024. The average sale price for the Apple M1 / 256 GB MacBook Air 2020 - 13" was $440 in April 2025, compared to $475 in November 2024. The average sale price for the Apple M1 / 512 GB MacBook Air 2020 - 13" was $483 in April 2025, compared to $499 in November 2024. The average sale price for the Apple M1 / 1 TB MacBook Air 2020 - 13" was $659 in April 2025, compared to $630 in November 2024. The average sale price for the Apple M1 / 2 TB MacBook Air 2020 - 13" was $ in April 2025, compared to $ in November 2024.

Shop MacBook Air 2020 - 13"

## Current Storage Prices for MacBook Air 2020 - 13"

Updated May 2025

| Processor / Storage | Avg list price | Avg sale price |
|---|---|---|
| Apple M1 / 128 GB | - | $346 |
| Apple M1 / 256 GB | $448 | $420 |
| Apple M1 / 512 GB | $522 | $495 |
| Apple M1 / 1 TB | $524 | $620 |
| Apple M1 / 2 TB | - | - |


| | | |
|---|---|---|
| Intel Core i3 / 128 GB | - | $279 |
| Intel Core i3 / 256 GB | $358 | $309 |
| Intel Core i3 / 512 GB | - | - |
| Intel Core i3 / 1 TB | - | - |
| Intel Core i3 / 2 TB | - | - |
| Intel Core i5 / 128 GB | - | - |
| Intel Core i5 / 256 GB | $283 | $354 |
| Intel Core i5 / 512 GB | $355 | $381 |
| Intel Core i5 / 1 TB | - | - |
| Intel Core i5 / 2 TB | - | - |
| Intel Core i7 / 128 GB | - | - |
| Intel Core i7 / 256 GB | - | $379 |
| Intel Core i7 / 512 GB | $442 | $403 |
| Intel Core i7 / 1 TB | - | - |
| Intel Core i7 / 2 TB | - | $540 |


Swappa's pricing and popularity data is derived from direct consumer to consumer sales on Swappa's used mobile marketplace.

📄 MacBook Air 2020 - 13" Price List

💲 Sell Your MacBook Air 2020 - 13"

## Product Comparisons

See how MacBook Air 2020 - 13" prices compare to other models.

 

**MacBook Air 2018 - 13" vs MacBook Air 2020 - 13" Comparison**

MacBook Air 2018 - 13" prices start at $234, which is cheaper than the MacBook Air 2020 - 13" low price of $257.

See Comparison

 

**MacBook Pro 2018 (With Touch Bar) - 13" vs MacBook Air 2020 - 13" Comparison**

The MacBook Pro 2018 (With Touch Bar) - 13" fetches a higher starting price at $257 compared to the MacBook Air 2020 - 13", which starts at $257. See Comparison


 

**MacBook Pro 2018 (With Touch Bar) - 15" vs
MacBook Air 2020 - 13"
Comparison**

The MacBook Pro 2018 (With Touch Bar) - 15" fetches a higher
starting price at $298 compared to the MacBook Air 2020 - 13",
which starts at $257. See Comparison

 

**MacBook Pro 2019 - 16" vs MacBook Air 2020 - 13"
Comparison**

The MacBook Pro 2019 - 16" fetches a higher starting price at
$398 compared to the MacBook Air 2020 - 13", which starts at
$257. See Comparison

 

**MacBook Air 2019 - 13" vs MacBook Air 2020 - 13"
Comparison**

MacBook Air 2019 - 13" prices start at $216, which is cheaper
than the MacBook Air 2020 - 13" low price of $257.
See Comparison

See All MacBook Air 2020 - 13" Comparisons

# When is the right time to buy MacBook Air
2020 - 13"?



Shop Now ›

Disclosure: This site contains affiliate links to other sites. We may receive commissions for purchases made through these links.

| | | |
|---|---|---|
| Buy | Watches | Sell |
| Buyer Guides | Cameras + Lenses | Trade-In |
| Buy Phones | Home Tech | Sell iPhones |
| Buy Tablets | AirPods + Audio | Sell Phone |
| Buy MacBooks | Drones + DJI | Sell Tablet |
| Buy Laptops | Fitness + Cycling | Sell Watch |
| Buy iPhones | Gaming | Sell Laptop |
| Buy Apple | | Sell Apple |
| Unlocked Phones | | |
| Warranty | | |

| | | |
|---|---|---|
| IMEI Check | Help | About Swappa |
| Best Selling | FAQs | Blog |
| Download App | Search | Forums |
| Catalog | ADA Accessibility | Contact Us |
| Carriers | Sustainability | Product Request |
| Phone Repair | Prices | Press |
| Swappa vs. eBay | Fees | Policies |
| International | Returns + Refunds | Terms of Use |



Copyright © 2010-2025 Swappa, LLC

  
Swappa / Guides / MacBook Pro 2021 - 16" / Prices

 MacBook Pro 2021 - 16" Prices

Guide    Colors    Storage    Compare



# MacBook Pro 2021 - 16"

Starting price:               Average price:

# $721                         # $1173

Shop Now                      Sell Yours

## How much does a MacBook Pro 2021 - 16" cost?

MacBook Pro 2021 - 16" prices start at $721 and cost $1173 on average as of May 2025.

MacBook Pro 2021 - 16" prices will continue to get cheaper over time. Apple phones hold their value well, but prices will



> Shop MacBook Pro 2021 - 16"

## Current Prices for MacBook Pro 2021 - 16"

Updated May 2025

| # | Carrier | Storage | Avg Price |
|---|---------|---------|-----------|

See Full MacBook Pro 2021 - 16" Price List

## What's the best price for a MacBook Pro 2021 - 16"?

The best price for MacBook Pro 2021 - 16" is $721 for 512GB.

Shop MacBook Pro 2021 - 16"

## MacBook Pro 2021 - 16" Price Trends

Updated May 2025





2021 - 16" price?

Storage size is generally a major factor affecting MacBook Pro 2021 - 16" prices. The average sale price for the Apple M1 Max / 512 GB MacBook Pro 2021 - 16" was $504 in April 2025, compared to $1400 in November 2024. The average sale price for the Apple M1 Max / 1 TB MacBook Pro 2021 - 16" was $1261 in April 2025, compared to $1649 in November 2024. The average sale price for the Apple M1 Max / 2 TB MacBook Pro 2021 - 16" was $1405 in April 2025, compared to $1339 in November 2024. The average sale price for the Apple M1 Max / 4 TB MacBook Pro 2021 - 16" was $ in April 2025, compared to $2575 in November 2024. The average sale price for the Apple M1 Max / 8 TB MacBook Pro 2021 - 16" was $ in April 2025, compared to $ in November 2024. The average sale price for the Apple M1 Pro 10-core / 512 GB MacBook Pro 2021 - 16" was $911 in April 2025, compared to $1064 in November 2024. The average sale price for the Apple M1 Pro 10-core / 1 TB MacBook Pro 2021 - 16" was $997 in April 2025, compared to $1180 in November 2024. The average sale price for the Apple M1 Pro 10-core / 2 TB MacBook Pro 2021 - 16" was $ in April 2025, compared to $ in November 2024. The average sale price for the Apple M1 Pro 10-core / 4 TB MacBook Pro 2021 - 16" was $ in April 2025, compared to $ in November 2024. The average sale price for the Apple M1 Pro 10-core / 8 TB MacBook Pro 2021 - 16" was $ in April 2025, compared to $ in November 2024.

Shop MacBook Pro 2021 - 16"

## Current Storage Prices for MacBook Pro 2021 - 16"

Updated May 2025

| Processor / Storage | Avg list price | Avg sale price |
|---|---|---|
| Apple M1 Max / 512 GB | $1351 | - |
| Apple M1 Max / 1 TB | $1441 | $1374 |



| | | |
|---|---|---|
| **Apple M1 Max / 2 TB** | $1555 | $1536 |
| **Apple M1 Max / 4 TB** | $1957 | $1751 |
| **Apple M1 Max / 8 TB** | - | - |
| **Apple M1 Pro 10-core / 512 GB** | $907 | $858 |
| **Apple M1 Pro 10-core / 1 TB** | $1060 | $984 |
| **Apple M1 Pro 10-core / 2 TB** | - | - |
| **Apple M1 Pro 10-core / 4 TB** | - | - |
| **Apple M1 Pro 10-core / 8 TB** | - | - |

## Price Lists

Swappa's pricing and popularity data is derived from direct consumer to consumer sales on Swappa's used mobile marketplace.

[ 📄 MacBook Pro 2021 - 16" Price List ]

[ $ Sell Your MacBook Pro 2021 - 16" ]

## Product Comparisons

See how MacBook Pro 2021 - 16" prices compare to other models.



 

**MacBook Pro 2017 (No Touch Bar) - 13" vs
MacBook Pro 2021 - 16"
Comparison**

MacBook Pro 2017 (No Touch Bar) - 13" prices start at $211, which is cheaper than the MacBook Pro 2021 - 16" low price of $721. See Comparison

 

**MacBook Pro 2021 - 16" vs MacBook Pro Late 2023 (M3) - 16"
Comparison**

MacBook Pro 2021 - 16" prices start at $721, which is cheaper than the MacBook Pro Late 2023 (M3) - 16" low price of $1499. See Comparison

 

**MacBook Pro 2021 - 16" vs MacBook Pro Late 2023 (M3) - 14"
Comparison**

MacBook Pro 2021 - 16" prices start at $721, which is cheaper than the MacBook Pro Late 2023 (M3) - 14" low price of $1050. See Comparison

 



MacBook Pro 2021 - 16" prices start at $721, which is cheaper than the MacBook Air 2023 - 15" low price of $757.

See Comparison

 

**MacBook Pro 2021 - 16" vs MacBook Pro 2023 - 16" Comparison**

MacBook Pro 2021 - 16" prices start at $721, which is cheaper than the MacBook Pro 2023 - 16" low price of $1099.

See Comparison

See All MacBook Pro 2021 - 16" Comparisons

## When is the right time to buy MacBook Pro 2021 - 16"?

Probably now. Swappa has the best deals.

Shop Now →

Disclosure: This site contains affiliate links to other sites. We may receive commissions for purchases made through these links.

| Buy | Watches | Sell |
| --- | --- | --- |
| Buyer Guides | Cameras + Lenses | Trade-In |
| Buy Phones | Home Tech | Sell iPhones |
| Buy Tablets | AirPods + Audio | Sell Phone |
| Buy MacBooks | Drones + DJI | Sell Tablet |
| Buy Laptops | Fitness + Cycling | Sell Watch |
| Buy iPhones | Gaming | Sell Laptop |
| Buy Apple | | Sell Apple |
| Unlocked Phones | | |
| Warranty | | |
| IMEI Check | Help | About Swappa |



Catalog                    ADA Accessibility          Contact Us
Carriers                   Sustainability             Product Request
Phone Repair               Prices                     Press
Swappa vs. eBay            Fees                        Policies
International               Returns + Refunds          Terms of Use

     

Copyright © 2010-2025 Swappa, LLC

 
Swappa / Guides / MacBook Pro 2023 - 14" / Prices

# MacBook Pro 2023 - 14" Prices

Guide    Colors    Storage    Compare



# MacBook Pro 2023 - 14"

Starting price:          Average price:

## $927                     ## $1248

🛒 Shop Now              💲 Sell Yours

## How much does a MacBook Pro 2023 - 14" cost?

MacBook Pro 2023 - 14" prices start at $927 and cost $1248 on average as of June 2025.

MacBook Pro 2023 - 14" prices will continue to get cheaper over time. Apple phones hold their value well, but prices will continue to drop as time passes and new models are announced. Buy used and get the best price today on Swappa.

Shop MacBook Pro 2023 - 14"



Updated June 2025

| # | Carrier | Storage | Avg Price |
|---|---------|---------|-----------|

See Full MacBook Pro 2023 - 14" Price List

## What's the best price for a MacBook Pro 2023 - 14"?

The best price for MacBook Pro 2023 - 14" is $927 for 512GB.

Shop MacBook Pro 2023 - 14"

## MacBook Pro 2023 - 14" Price Trends

Updated June 2025



## How does storage affect MacBook Pro 2023 - 14" price?

Storage size is generally a major factor affecting MacBook Pro 2023 - 14" prices. The average sale price for the Apple M2 Pro 12-core / 512 GB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 10-core / 512 GB MacBook Pro 2023 - 14" was $1002 in May 2025, compared to $1139 in December 2024. The average sale price for the Apple M2 Pro 12-core / 1 TB MacBook Pro 2023 - 14" was $933 in May 2025, compared to $1298 in


compared to $ in December 2024. The average sale price for the Apple M2 Pro 12-core / 2 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $1749 in December 2024. The average sale price for the Apple M2 Pro 10-core / 2 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 12-core / 4 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 10-core / 4 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 12-core / 8 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 10-core / 8 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 512 GB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 1 TB MacBook Pro 2023 - 14" was $1699 in May 2025, compared to $2224 in December 2024. The average sale price for the Apple M2 Max / 2 TB MacBook Pro 2023 - 14" was $1854 in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 4 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 8 TB MacBook Pro 2023 - 14" was $ in May 2025, compared to $ in December 2024.

Shop MacBook Pro 2023 - 14"

## Current Storage Prices for MacBook Pro 2023 - 14"

Updated June 2025

| Processor / Storage | Avg list price | Avg sale price |
|---|---|---|
| Apple M2 Max / 512 GB | - | - |
| Apple M2 Max / 1 TB | - | $1549 |
| Apple M2 Max / 2 TB | - | $1854 |
| Apple M2 Max / 4 TB | - | $1596 |
| Apple M2 Max / 8 TB | - | - |



| | | |
|---|---|---|
| **Apple M2 Pro 10-core / 512 GB** | $1248 | $1074 |
| **Apple M2 Pro 10-core / 1 TB** | - | $1416 |
| **Apple M2 Pro 10-core / 2 TB** | - | - |
| **Apple M2 Pro 10-core / 4 TB** | - | - |
| **Apple M2 Pro 10-core / 8 TB** | - | - |
| **Apple M2 Pro 12-core / 512 GB** | - | - |
| **Apple M2 Pro 12-core / 1 TB** | - | $992 |
| **Apple M2 Pro 12-core / 2 TB** | - | $1749 |
| **Apple M2 Pro 12-core / 4 TB** | - | - |
| **Apple M2 Pro 12-core / 8 TB** | - | - |

## Price Lists

Swappa's pricing and popularity data is derived from direct consumer to consumer sales on Swappa's used mobile marketplace.

📗 MacBook Pro 2023 - 14" Price List

💲 Sell Your MacBook Pro 2023 - 14"

## Product Comparisons

See how MacBook Pro 2023 - 14" prices compare to other models.



 

**MacBook Pro 2016 (No Touch Bar) - 13" vs
MacBook Pro 2023 - 14"
Comparison**

Prices for used MacBook Pro 2023 - 14" start at $927. Pricing data for MacBook Pro 2016 (No Touch Bar) - 13" is not available at this time. See Comparison

 

**MacBook Pro 2023 - 14" vs MacBook Air 2025 (M4) - 13"
Comparison**

The MacBook Pro 2023 - 14" fetches a higher starting price at $927 compared to the MacBook Air 2025 (M4) - 13", which starts at $822. See Comparison

 

**MacBook Pro 2023 - 14" vs MacBook Air 2025 (M4) - 15"
Comparison**

MacBook Pro 2023 - 14" prices start at $927, which is cheaper than the MacBook Air 2025 (M4) - 15" low price of $988.
See Comparison

 

**MacBook Pro 2023 - 14" vs MacBook Pro 2024 - 16"
Comparison**

MacBook Pro 2023 - 14" prices start at $927, which is cheaper than the MacBook Pro 2024 - 16" low price of $2060.
See Comparison



 

**MacBook Pro 2023 - 14" vs MacBook Pro 2024 - 14" Comparison**

MacBook Pro 2023 - 14" prices start at $927, which is cheaper than the MacBook Pro 2024 - 14" low price of $1339.

See Comparison

See All MacBook Pro 2023 - 14" Comparisons

## When is the right time to buy MacBook Pro 2023 - 14"?

Probably now. Swappa has the best deals.

Shop Now →

Disclosure: This site contains affiliate links to other sites. We may receive commissions for purchases made through these links.

| Buy | Watches | Sell |
|---|---|---|
| Buyer Guides | Cameras + Lenses | Trade-In |
| Buy Phones | Home Tech | Sell iPhones |
| Buy Tablets | AirPods + Audio | Sell Phone |
| Buy MacBooks | Drones + DJI | Sell Tablet |
| Buy Laptops | Fitness + Cycling | Sell Watch |
| Buy iPhones | Gaming | Sell Laptop |
| Buy Apple | | Sell Apple |
| Unlocked Phones | | |
| Warranty | | |
| | | |
| IMEI Check | Help | About Swappa |
| Best Selling | FAQs | Blog |
| Download App | Search | Forums |
| Catalog | ADA Accessibility | Contact Us |
| Carriers | Sustainability | Product Request |
| Phone Repair | Prices | Press |
| Swappa vs. eBay | Fees | Policies |
| International | Returns + Refunds | Terms of Use |

      




Swappa / Guides / MacBook Pro 2023 - 16" / Prices

# MacBook Pro 2023 - 16" Prices



Guide    Colors    Storage    Compare



## MacBook Pro 2023 - 16"

Starting price:        Average price:

**$915**            **$1733**

🛒 Shop Now        💲 Sell Yours

## How much does a MacBook Pro 2023 - 16" cost?

MacBook Pro 2023 - 16" prices start at $915 and cost $1733 on average as of June 2025.

MacBook Pro 2023 - 16" prices will continue to get cheaper over time. Apple phones hold their value well, but prices will continue to drop as time passes and new models are announced. Buy used and get the best price today on Swappa.

Shop MacBook Pro 2023 - 16"


| # | Carrier | Storage | Avg Price |
|---|---------|---------|-----------|

Updated June 2025

See Full MacBook Pro 2023 - 16" Price List

## What's the best price for a MacBook Pro 2023 - 16"?

The best price for MacBook Pro 2023 - 16" is $915 for 512GB.

Shop MacBook Pro 2023 - 16"

## MacBook Pro 2023 - 16" Price Trends

Updated June 2025



## How does storage affect MacBook Pro 2023 - 16" price?

Storage size is generally a major factor affecting MacBook Pro 2023 - 16" prices. The average sale price for the Apple M2 Pro 12-core / 512 GB MacBook Pro 2023 - 16" was $1178 in May 2025, compared to $1313 in December 2024. The average sale price for the Apple M2 Max / 512 GB MacBook Pro 2023 - 16" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 12-core / 1 TB MacBook Pro 2023 - 16" was $1313 in May 2025, compared to $ in


$1902 in December 2024. The average sale price for the Apple M2 Pro 12-core / 2 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $2987 in December 2024. The average sale price for the Apple M2 Max / 2 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $2003 in December 2024. The average sale price for the Apple M2 Pro 12-core / 4 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 4 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Pro 12-core / 8 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $ in December 2024. The average sale price for the Apple M2 Max / 8 TB MacBook Pro 2023 - 16" was $ in May 2025, compared to $ in December 2024.

Shop MacBook Pro 2023 - 16"

## Current Storage Prices for MacBook Pro 2023 - 16"

Updated June 2025

| Processor / Storage | Avg list price | Avg sale price |
|---|---|---|
| Apple M2 Max / 512 GB | $1669 | - |
| Apple M2 Max / 1 TB | $1720 | $1735 |
| Apple M2 Max / 2 TB | $2292 | $1390 |
| Apple M2 Max / 4 TB | - | $2190 |
| Apple M2 Max / 8 TB | - | - |
| Apple M2 Pro 12-core / 512 GB | $1395 | $1266 |
| Apple M2 Pro 12-core / 1 TB | $1998 | $1288 |
| Apple M2 Pro 12-core / 2 TB | - | - |
| Apple M2 Pro 12-core / 4 TB | - | - |


| Apple M2 Pro 12-core / 8 TB | - | - |
| --- | --- | --- |

## Price Lists

Swappa's pricing and popularity data is derived from direct consumer to consumer sales on Swappa's used mobile marketplace.

[📄 MacBook Pro 2023 - 16" Price List]

[$ Sell Your MacBook Pro 2023 - 16"]

## Product Comparisons

See how MacBook Pro 2023 - 16" prices compare to other models.

 

**MacBook Pro 2016 (With Touch Bar) - 13" vs MacBook Pro 2023 - 16" Comparison**

MacBook Pro 2016 (With Touch Bar) - 13" prices start at $221, which is cheaper than the MacBook Pro 2023 - 16" low price of $915. See Comparison

 

**MacBook Pro 2023 - 16" vs MacBook Air 2025 (M4) - 13" Comparison**

The MacBook Pro 2023 - 16" fetches a higher starting price at $915 compared to the MacBook Air 2025 (M4) - 13", which starts at $822. See Comparison



 

**MacBook Pro 2023 - 16" vs MacBook Air 2025 (M4) - 15" Comparison**

MacBook Pro 2023 - 16" prices start at $915, which is cheaper than the MacBook Air 2025 (M4) - 15" low price of $988.

See Comparison

 

**MacBook Pro 2023 - 16" vs MacBook Pro 2024 - 16" Comparison**

MacBook Pro 2023 - 16" prices start at $915, which is cheaper than the MacBook Pro 2024 - 16" low price of $2060.

See Comparison

 

**MacBook Pro 2023 - 16" vs MacBook Pro 2024 - 14" Comparison**

MacBook Pro 2023 - 16" prices start at $915, which is cheaper than the MacBook Pro 2024 - 14" low price of $1339.

See Comparison

See All MacBook Pro 2023 - 16" Comparisons

# When is the right time to buy MacBook Pro 2023 - 16"?

Probably now. Swappa has the best deals.

Shop Now →

Disclosure: This site contains affiliate links to other sites. We may receive commissions for purchases made through these links.



| | | |
|---|---|---|
| Buy Phones | Home Tech | Sell iPhones |
| Buy Tablets | AirPods + Audio | Sell Phone |
| Buy MacBooks | Drones + DJI | Sell Tablet |
| Buy Laptops | Fitness + Cycling | Sell Watch |
| Buy iPhones | Gaming | Sell Laptop |
| Buy Apple | | Sell Apple |
| Unlocked Phones | | |
| Warranty | | |
| | | |
| IMEI Check | Help | About Swappa |
| Best Selling | FAQs | Blog |
| Download App | Search | Forums |
| Catalog | ADA Accessibility | Contact Us |
| Carriers | Sustainability | Product Request |
| Phone Repair | Prices | Press |
| Swappa vs. eBay | Fees | Policies |
| International | Returns + Refunds | Terms of Use |



Copyright © 2010-2025 Swappa, LLC