# EXHIBIT A
# (Declaration of Megan Maslanka)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:25-cv-00209-TDS-JLW

STARBURST DATA, INC.,

     PLAINTIFF,

v.

JOSHUA HEWITT,

     DEFENDANT.

DECLARATION OF MEGAN MASLANKA

1.     I, Megan Maslanka, make the following declaration.

2.     I serve as the Chief People Officer at Starburst Data, Inc. I joined the company on February 6, 2023, and took over direct supervisory responsibility of the IT department in October 2024. I have overseen the company's internal investigation into asset misappropriation and related conduct by former employee Joshua Hewitt.

A. Laptops unaccounted for.

3.     Hewitt served in a role that gave him access to and control over Starburst's hardware logistics, including the receipt and return of devices from departing employees.

4.     We have on record, via Slack requests to our vendor, ExpoIT, that Hewitt requested over 45 laptops that have since gone missing. We have documented this through an internal tracking Google Sheet. Using this information, I oversaw the creation of the attached spreadsheet at **Tab A** to show the exact laptops which Starburst was able to confirm were sent to Hewitt from our vendors.

5.     Additionally, in June and July 2023, Starburst conducted a global reduction in force that affected over 90 employees. Each of these individuals had been issued a company laptop. Based on historical practices and a typical return rate of 98%, we would have expected to recover at least 88 of these laptops.

6.     Given the disruptive nature of a reduction in force, and the possibility that some employees would not cooperate, we conservatively reduced the return expectation to 68%, consistent with lower-bound industry benchmarks.

7.     Apart from the 45 confirmed returned laptops that occurred during ad hoc requests from Hewitt to our vendor throughout 2023 and 2024, there is no indication that any

-1-

of the reduction in force-assigned laptops were ever returned to Starburst and there is no record of them being sent on to ExpoIT. Hewitt was the designated recipient for laptop returns at the time.

8.     The difference between the confirmed number of laptops that Hewitt requested and have since gone missing (45) and the number of 106 laptops listed is the expected number of returns based on our adjusted 68% benchmark and actual receipts gives rise to a presumptive shortfall.

## B. Slack communications confirming Hewitt's laptop diversions.

9.     The conclusion that Hewitt personally diverted many of these missing laptops is reinforced by Slack conversations and vendor shipping records.

10.     On March 30, 2023, Hewitt messaged ExpoIT requesting a NetGear Nighthawk M6 5G WiFi 6 Mobile Hotspot Router. After confirming the order with Nicole Kubec, he directed that it be shipped to his personal address: 1356 Norwalk St, Apt X, Greensboro, NC 27407. This conversation occurred on Starburst's Slack channel and is attached at **Tab B**.

11.     Later that same day, he initiated another Slack conversation asking for a large order of Ubiquiti network equipment for the "Austin Office," including switches, access points, and a rack. The items were again shipped to his home address. **Tab B.**

12.     On February 2, 2024, Hewitt messaged the ExpoIT team requesting that 10 used MacBook Airs and 10 used MacBook Pro 16" laptops be shipped to him at 6320 Long Leaf Ct, Apt 2G, High Point, NC 27265. When asked why, he responded that the purpose was to "have stock on hand and general cleanup." He confirmed that all units should include chargers. These 20 laptops were never returned. This conversation occurred on the same Slack channel, attached here at **Tab C.**

13.     On February 5, 2024, Starburst executive Marylouise Jepsen posted the serial numbers of the 10 MacBook Airs and 10 MacBook Pros that were part of that shipment— confirming the devices were removed from internal inventory. This communication was also on the company's Slack channel, and is shown at **Tab D.**

14.     On February 23, 2024, Hewitt requested via Slack that eight Apple USB-C to MagSafe 3 charging cables (2m) be shipped to him at the same High Point address. Again, there was no documented deployment, new hire, or project requiring those accessories. This conversation is shown at **Tab E.**

15.     On March 5, 2024, Trevor Demers posted a list of five activation-locked MacBooks in the company's inventory. These were supposed to be either wiped or disposed of via secure ITAD channels. Instead, Hewitt replied that he wanted them shipped to his address so he could "try and get them unlocked." They were sent to him on March 15, 2024, per Demers's tracking notice. The five devices discussed in this conversation, shown at **Tab F,** are no longer in company possession.

-2-

16.     On March 30, 2024, Hewitt ordered additional laptops and accessories "for the Austin Office," again using Starburst's ExpoIT vendor. The total invoice, which is attached at **Tab G**., was $2,324.62. These items were again shipped to his personal address.

C. eBay listings discovered.

17.     Starburst maintains a record in its UKG (HCM) database showing Hewitt's personal email as djhewi1025@gmail.com. That same email matches the eBay profile djhewi1025, which was used to list and sell laptops identical to Starburst's missing inventory.

18.     Many of the serial numbers from those listings matched units previously recorded in Starburst's system or aligned with models and configurations the company had issued to terminated employees.

19.     We estimate that at least 80 laptops were sold through this eBay account. I worked with several other members of Starburst's IT team to look at the values of used laptops like those which went missing on Hewitt's watch – and listed on his eBay account. Most were less than two years old and, based on their make, model, and year, would have commanded resale values between $600 and $800 on the secondary market, with the majority going for over $750. Based on those figures, we conservatively estimate an average resale value of $725 per unit.

20.     The resale value of 106 laptops at $725 each totals $76,850.

D. Unauthorized Amazon purchases.

21.     Using administrative login credentials linked to Hewitt, Starburst identified over $31,000 in unauthorized purchases made through its Amazon Business account.

22.     These included items such as tablets, gaming consoles, and consumer electronics not tied to any business unit or department order. Many were shipped to Hewitt's home. Purchase logs confirm these were not approved expenses. **Tab H.**

E. Unauthorized UPS charges.

23.     Starburst identified over $7,000 in shipping expenses incurred through its corporate UPS account tied to Hewitt's login. These charges involved shipments to third parties, none of whom were Starburst employees.

24.     Some of these shipments align with dates and locations where laptops were sold or missing. UPS maintains only a 90-day rolling history of shipping records, which limited the company's ability to go further back in time.

25.     In another incident, a laptop assigned to a UK employee, Hannah Corby, was shipped to Hewitt's home in the United States. This circumvented our UK warehouse and incurred unnecessary international shipping expenses. The device was never returned.

26.     Taken together, the confirmed losses include: 1) Approximately 106 missing laptops, conservatively valued at $76,850; 2) unauthorized Amazon purchases totaling approximately $31,000; and 3) UPS shipping expenses totaling over $7,000.

27.     This yields total losses exceeding $114,000, exclusive of investigative time, administrative costs, and potential future recovery.

28.     While Starburst cannot yet prove the theft of every single missing laptop, the cumulative evidence, including Slack communications, serial number tracking, shipping records, and eBay resale activity, provided Starburst a compelling basis for concluding that Hewitt diverted a significant portion of the missing hardware for personal gain.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2025.

*Megan Maslanka*

_____
Megan Maslanka
Chief People Officer
Starburst Data, Inc.

-4-

# EXHIBIT A

| Date | Name | Email | Address 1 | Address 1 | Town | State | Zip | Reasoning | Need/Used | Type | Power adapter and cable (if applicable) | Delivery (if applicable) delivery/shipped | Serial Number | Notes | Depreciated/Replacement Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2024 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | employee onboarding | | | power adapter and cable | 3 day | 9061090000001 Delivered on 8/10/24 at 11:04 A.M. at | x76nvdncr5 | | $2,000.00 $4,000.00 |
| 7/1/2023 | Hannah (Josh's sister requested) | hannah.cor bpu@gmail. com | | | | | Norwalk St APT 2 #2147 | Laptop will be returned by Hannah once she is done with the intern | USED | 6 sided Asis, 6 used pro 16" | N/A | DHL Tracking 1405 4248 Delivered on 8/01/23 | N/A-Not listed by Expo(?) | | |
| 6/1/2023 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | testing | testing | | None in 1 pro 32gb ram 512gb ssd MacBook Pro 16" M1 Max, 32GB RAM, 512GB SSD | power adapter and cable | 6/22/24 at 9:22 AM | 82996*1412 DELIVER 6/22/24 at 9:22 AM | T-4TL-JA2NKD | Released from Starburst on June 24, 2024 | $2,500.00 $5,000.00 |
| 6/1/2023 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | | Used | one 14 inch m1 max 32gb ram and 1tb ssd MacBook Pro 14" M1 Max, 32GB RAM, 1TB SSD | Yes | 6/21/ | Return Address Josh Hewitt 1590 Coventry Ct Greensboro, NC 27407 | NVFF092W8V | Released from Starburst on June 24, 2024 | $2,500.00 $5,000.00 |
| 3/11/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | Used | "Going to be unboxed" for and get this handle | Used | MacBook Pro 16" 2023 | | tracking # 9122224 | tracking # 9122224141 | NVF9Q8V7CV | | $2,500.00 $5,000.00 |
| 3/11/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | "Going to be unboxed" for and get this handle | Used | MacBook Pro 16" 2023 | | tracking # 9122224141 | tracking # 9122224141 | GK0G2NKN4 | | $4,000.00 $5,000.00 |
| 3/11/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | "Going to be unboxed" for and get this handle | Used | MacBook Pro 16" 2023 | | tracking # 9122224141 | tracking # 9122224141 | L2K1YXVKY8 | | $5,000.00 $5,000.00 |
| 3/11/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | "Going to be unboxed" for and get this handle | Used | MacBook Pro 16" 2020 | | tracking # 9122224141 | tracking # 9122224141 | GOH3N0W9DL4 | | $4,000.00 $5,000.00 |
| 2/2/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | "Going to be unboxed" for and get this handle | Used | MacBook Pro 13" 2020 | | tracking # 2/20/24 UPS Tracking 1Z1X886 | 2/20/24 UPS Tracking 1Z1X886 | KTLK2DM4L4 | | $3,000.00 $3,000.00 |
| 2/2/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | Used and general clean up | Used | USED Macbook Pro 16" 64GB laptop serial #s used Mac. 16 pro | Yes | 2/20/24 UPS Tracking 1Z1X886 | 2/20/24 UPS Tracking 1Z1X886 | MFT17DHKQP | | $3,000.00 $3,000.00 |
| 2/2/2024 | Josh Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High Point | NC | 27265 | some stock on hand and general clean up | USED | USED Macbook Pro 16" 64GB laptop serial #s used Mac. 16 pro | Yes | 2/20/24 UPS Tracking 1Z1X886 | 2/20/24 UPS Tracking 1Z1X886 | RHWF66R7CV | | $1,500.00 $4,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | int machines Used | Used | MacBook Pro 16" M1 Pro, 32GB RAM, 512GB SSD | used Mac. 16 pro | 805 100434501 - Delivered December 06 at 5:49 P.M. | 805 100434501 - Delivered December 06 at 5:49 P.M. KTLK2DM4L4 | KTLK2DM4L4 | | $1,500.00 $3,500.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | int machines Used | Used | MacBook Pro 16" M1 Pro, 32GB RAM, 512GB SSD | used Mac. 16 pro | 805 100434501 - Delivered December 06 at 5:49 P.M. | 805 100434501 - Delivered December 06 at 5:49 P.M. VJN0LNT/DDG | VJN0LNT/DDG | | $3,500.00 $5,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | int machines Used | Used | MacBook Pro 16" M1 Pro, 32GB RAM, 512GB SSD | Yes | 805 100434501 - Delivered December 06 at 5:49 P.M. | 805 100434501 - Delivered December 06 at 5:49 P.M. VVLBD6YQ7 | VVLBD6YQ7 | | $3,500.00 $5,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | int machines Used | Used | 1 used Thinkpad (P16) | Yes | 805 100434501 - Delivered December 06 at 5:49 P.M. | 805 100434501 - Delivered December 06 at 5:49 P.M. | PJ1VNLENK2 | Date Removed from Organization December 12, 2023 | $500.00 $1,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long Leaf CT | | High point | NC | 27265 | int machines Used | Used | Thinkpad P16s Gen 1 i7, 32GB RAM, 1TB SSD | Yes | | | FVPALNMQKLR | Date Removed from Organization December 12, 2023 | $1,000.00 $2,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long leaf court | | High point | NC | 27265 | int machines Used | Used | Used Mac air | | | | FVPALNMQKLR | UNLOCKED, RECLAIMED FROM EE | $2,000.00 $4,000.00 |
| 12/4/2023 | Joshua Hewitt | joshhewitt@leafcloud ads.com | 6320 long leaf court | | | NC | | int machines Used | Used | MacBook Air 13" M1, 16GB RAM, 256GB | | | | MR8K8T/8UK | Released from Starburst on June 24, 2024 | $3,000.00 $4,000.00 |

1

2

| Date | Name | Email | Address | City | City | State | Zip | Condition | Description | Item | Power Adj | Tracking | Date Removed | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2023 | Joshua Hewitt | josh.hewitt @bluetongetf asia.com | 6320 long leaf court | | High Point | NC | 27266 | New | | Used Mac air | | | Date Removed from Organization December 12, 2023 | $2,000.00 |
| 6/7/2022 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | | MacBook Air 13" M1 16GB RAM 256GB | | 12/4 8601260429261 / Serial number XX at 6:08 PM | Date Removed from Organization March 1, 2024 | $1,000.00 |
| 3/30/2023 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | act 2g | APT 20 | High Point | NC | 27266 | | | Netgear Nighthawk M6 5G Mobile Hotspot | | | | |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | let me/how Used Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FXTKYHZWGF9 | Date Removed from Organization April 4, 2024 | $4,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 KXYHKCY90X | Date Removed from Organization March 1, 2024 | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 NKWU9PF4NV | Date Removed from Organization April 4, 2024 | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB laptop | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 JWNM7ZKR0 | Date Removed from Organization May 11, 2024 | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB laptop serial #x | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 N6AF3WKWUH | Date Removed from Organization May 11, 2024 | $3,500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED MacBook Pro 16" 32GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 J3 9NKR7 LYHH | | $3,500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 GXWHGYAC1C9 | Date Removed from Organization April 4, 2024 | $3,500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYHGHKTG4K7 | | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYHGZZAGW7 | | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH6Y04KUR | | $5,000.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $1,500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $1,500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |
| 2/2/2024 | Josh Hewitt | josh.hewitt @bluetongetf asia.com | 6320 Long Leaf Ct | APT 20 | High Point | NC | 27266 | Used | Training some stock on hand and general clean up | USED Apple MacBook air 13" 16GB | POWER ADJ | 2/2/2024 UPS Tracking 1Z1X686 FVYH9W9DK4R | | $500.00 |

Case 1:25-cv-00209-RDA-JGM    Document 17-1    Filed 07/17/25    Page 9 of 24

3

| Date | Name | Email | Address | Apt | City | State | Zip | | Status | Description | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2024 | Josh Howell | @Radiosurgery ace.com | 6300 Long Leaf Ct | APT 2G | High Point | NC | 27265 | | New | Apple USB-C TO MAGSAFE 3 CBL / 2 M / USB-C / Unique / AC / Enterprise Multi-band IEEE 802.11 a/b/g/n/ac/ax 10.20 Gbps Wireless Access Point / 2.4/5 GHz / 5 GHz / MIMO Technology - 1 x Network (RJ-45) - 2.5 Gigabit Ethernet - 22 W | | | | | Cost: $931.36 | Quantity: 8 Cost: $373.36 |
| 3/30/2023 | Josh Howell | @Radiosurgery ace.com | 6300 Long Leaf Ct | APT 2G | High Point | NC | 27265 | | New | Ceiling Mountable, Wall Mountable | | | | | Cost: $306.14 | Order form in Screenshots from Slack Requests |
| 3/30/2023 | Josh Howell | @Radiosurgery ace.com | 6300 Long Leaf Ct | APT 2G | High Point | NC | 27265 | | New | Toolless Mini-Rack | | | | | Cost: $994.12 | Order form in Screenshots from Slack Requests |
| 3/30/2023 | Josh Howell | @Radiosurgery ace.com | 6300 Long Leaf Ct | APT 2G | High Point | NC | 27265 | | New | Ubiquiti UISP Pro 24 POE Layer 3 Switch - 24 Ports - Manageable - 2 Layer Supported - Modular - Optical Fiber, Twisted Pair - 1U High - Rack-mountable - 1 Year Limited Warranty | | | | | Cost: $994.00 | Order form in Screenshots from Slack Requests |
| 3/30/2023 | Josh Howell | @Radiosurgery ace.com | 6300 Long Leaf Ct | APT 2G | High Point | NC | 27265 | | New | UDM-SE Dream Machine Special Edition | | | | | Cost: $490.00 | Order form in Screenshots from Slack Requests |

# **EXHIBIT B**

**Josh Hewitt**  Mar 30th, 2023 at 11:37 AM
Hi again, one last quote, can you all get Nighthawk M6 5G WiFi 6 Mobile Hotspot Router?

14 replies

**Nicole Kubec**  Mar 30th, 2023 at 11:44 AM
I sure can! We do source them, just checking up on stock!

PS: How many do you need? I have gone to NetGear and they are asking.

**Josh Hewitt**  Mar 30th, 2023 at 11:49 AM
We are looking at 1

 ❤️ 1   😊

**Nicole Kubec**  Mar 30th, 2023 at 3:53 PM
No problem sir! Will have back for you asap  🙂

**Josh Hewitt**  Mar 31st, 2023 at 1:30 PM
Any update on this?

**Nicole Kubec**  Mar 31st, 2023 at 1:31 PM
Hi yes sorry!

Can get 🙂

1 sec and I will getcha a quote.

**Josh Hewitt**  Mar 31st, 2023 at 1:31 PM
TYVM!

**Nicole Kubec**  Mar 31st, 2023 at 1:57 PM
Oh! And where will this be shipping? @Josh Hewitt

**Nicole Kubec**  Mar 31st, 2023 at 2:24 PM
I have the router quoted as shipping to BOS, if that needs to change, no problem, please check it out @Josh Hewitt 🙂

PDF ⌄


expoIT Quote - Starburst - NetGear NightHawk 5...
PDF

**Josh Hewitt**  Apr 3rd, 2023 at 5:15 AM
Please send it to me
Joshua Hewitt
1356 Norwalk St APT X
Greensboro, NC 27407

❤️ 1   😊

and quote approved 👍

**Josh Hewitt** Mar 30th, 2023 at 6:28 AM
Hi @Katerina Kubec / @Nicole Kubec We are in need of some network equipment for our new Austin office. Can we get a quote for the following Ubiquiti gear?

Access Point U6 Enterprise x3

Toolless Mini Rack x1

Switch Pro 24 PoE x1

Dream Machine Special Edition x1

UI Care for all the equipment (edited)

❤️ 1 😀

39 replies

**Nicole Kubec** Mar 30th, 2023 at 6:38 AM
Hi @Josh Hewitt 👋 Good morning happy Friday Eve! Sure thing sir 😊

**Nicole Kubec** Mar 30th, 2023 at 10:51 AM
Hey there @Josh Hewitt - please see attached! In stock and ready to go. I also included a couple of switch options for you, in case you were interested....

UI Care - Ubiquiti is fun 😊 Not really partner friendly; they do not allow UI care to be sold thru the distribution channel, which is where we purchase from. UI Care can only be bought from Ubiquiti's store (ie: all resellers won't be able to get it). See here.

UI care extends your warranty to 5-years and offers you an expedited RMA process. It is nothing too crazy, and I could potentially look into doing a 3rd party warranty for you through Axiom, but I can't offer UICare for you 😊



📄 expoIT Quote - Starburst - Austin,...
PDF ▾

**Nicole Kubec** Mar 30th, 2023 at 10:55 AM
As an aside... I am sure you've heard of Meraki...they have a new product line (still cloud managed 100%) that is similar to Ubiquiti for small offices. Price is really close too.

MERAKI GO

🖼️ image.png
PNG

**Josh Hewitt** Mar 30th, 2023 at 11:06 AM
Thank you for the quote, can you redo the quote without the alt devices? Also, we currently us MERAKI in the BOS office, and are looking at Ubiquiti.

@Nicole Kubec

❤️ 1 😀

**Nicole Kubec** Mar 30th, 2023 at 11:07 AM
@Nicole Kubec

**Nicole Kubec** Mar 30th, 2023 at 11:13 AM
100% will redo now 😊

And understood! May I know why you are looking at Ubiquiti in that case? Meraki is the flagship...but definitely with a premium price so perhaps that is the reason haha

How about: you give me a budget and idea of size of office/users that will be working there...and I can see what I can do on an inexpensive Meraki solution?

And here's the updated Ubiquiti 😊

📄 expoIT Quote - Starburst - Austin,...
PDF

**Josh Hewitt** Mar 30th, 2023 at 11:13 AM
The Meraki Go only supports up to 250Mbp/s throughput, also I prefer UI

👍 1 😀

**Josh Hewitt** Mar 30th, 2023 at 2:45 PM

📄 expoIT Quote - Starburst - Austin, TX Office - Up...
PDF

**Nicole Kubec** Mar 30th, 2023 at 11:15 AM
Huh...that has been a complaint before on the Meraki Go 😊 The gear can most certainly perform better than that but is pushed down to that...to make people buy traditional Meraki....😊

PS: if you need anything else for that office....TV's, conference rooms, secure access, surveillance, desk peripherals - I am more than happy to help there too 😊 We also do installation of all of the above and of network equipment.

**Katerina Kubec** Mar 30th, 2023 at 2:45 PM
Hi @Katerina Kubec / @Nicole Kubec let's go ahead with the order. We will need it shipped to me at the following address -

Ubiquiti as a company is still working all the problems with selling thru the channel. They will get there 😊 But they are a SMB solution but dont get me wrong alot of people are using them!

**Josh Hewitt** Mar 31st, 2023 at 5:08 AM
Hi @Katerina Kubec / @Nicole Kubec let's go ahead with the order. We will need it shipped to me at the following address -

We just did a Nationwide install

Joshua Hewitt
1356 Norwalk ST APT X
Greensboro, NC 27407

📄 expoIT Quote - Starburst - Austin, TX Office - Up...
PDF ▾

# EXHIBIT C

**Josh Hewitt** Feb 2nd at 10:52 AM 

Hi Expo team! Can you ship 10 used mac airs and 10 mac pro 16s to me?

Joshua Hewitt

6320 Long Leaf CT APT 2g

High Point, NC 27265 (edited)

33 replies

**Marylouise Jepsen** Feb 2nd at 11:14 AM

Double checking your stock and then I will get this request in!

**Josh Hewitt** Feb 2nd at 11:15 AM

Thank you so much!

**Katerina Kubec** Feb 2nd at 11:16 AM

Hey there @Josh Hewitt 😊 Also, is there a reason for these? do you need them provisioning or any special packaging?

I just want to note all of that in my tix 😊

**Josh Hewitt** Feb 2nd at 11:17 AM

Having some on stock on hand and general clean up

**Katerina Kubec** Feb 2nd at 11:17 AM

okay sounds good 😊 Do you need the chargers as well?

**Josh Hewitt** Feb 2nd at 11:17 AM

Yes all of them should have chargers.

👍
1

# EXHIBIT D



**Trevor Demers** Mar 5th at 1:56 PM

Hello **@here**! This a list of your Activation Locked devices stored in our warehouse.

Please take a look and let us know how you would like to procede: E-Waste, retreive, ect.

| G6KC916R79 | MacBook Pro 16" 2021 |
| L2X1VVXY6 | MacBook Pro 16" 2023 |
| C02HD4CWQ6L4 | MacBook Air 13" 2020 |
| RVHFK997CV | MacBook Pro 14" 2021 |
| K7LK63M4L4 | MacBook Pro 14" 2021 |

6 replies



**Katerina Kubec** Mar 7th at 2:40 PM

Hello there @here and **@Kevin Smith** - Please let us know about these units ^^^ Thank you 🙂



**Katerina Kubec** Mar 11th at 8:35 AM

Hello there Guys **@Josh Hewitt** & **@Kevin Smith** 🙂

Just wanted to check in on these units and see if you can have these looked at by your team!

cc: *@Cameron DiMaggio* *@Trevor Demers*



**Josh Hewitt** Mar 11th at 12:14 PM

Hi **@Katerina Kubec** can you ship those 5 units to me?

Joshua Hewitt

6320 long leaf CT APT 2g

High Point, NC 27265

774-322-6800



**Katerina Kubec** Mar 14th at 3:13 PM

I'm going to try and get them unlocked



**Josh Hewitt** Mar 14th at 3:13 PM

Sounds good! I have the ITAD team getting these packed up! cc **@Trevor Demers** **@Cameron DiMaggio**



**Trevor Demers** Mar 15th at 12:20 PM

Hey **@Josh Hewitt**, Here is the tracking #: 272222241456 for the 5 units heading your way.


👍 1
😀⁺

# EXHIBIT E



**Josh Hewitt** Feb 23rd

Hi Expo team, can you order and ship 8x **Apple USB-C to Magsafe 3 Cable (2 m) cables** to me?

Joshua Hewitt
6320 Long Leaf ct APT 2g
High Point, NC 27265

# EXHIBIT F

 **Trevor Demers**  Mar 5th at 1:56 PM

Hello **@here**! This a list of your Activation Locked devices stored in our warehouse.

Please take a look and let us know how you would like to procede: E-Waste, retreive, ect.

| | |
|---|---|
| G6KC916R79 | MacBook Pro 16" 2021 |
| L2X1YVVXY6 | MacBook Pro 16" 2023 |
| C02HD4CWQ6L4 | MacBook Air 13" 2020 |
| RVHFK997CV | MacBook Pro 14" 2021 |
| K7LK63M4L4 | MacBook Pro 14" 2021 |

6 replies

 **Katerina Kubec**  Mar 7th at 2:40 PM

Hello there @here and **@Kevin Smith** - Please let us know about these units ^^^ Thank you 🙂

 **Katerina Kubec**  Mar 11th at 8:35 AM

Hello there Guys **@Josh Hewitt** & **@Kevin Smith** 🙂

Just wanted to check in on these units and see if you can have these looked at by your team!

cc: *@Cameron DiMaggio* *@Trevor Demers*

**Josh Hewitt**  Mar 11th at 12:14 PM

Hi **@Katerina Kubec** can you ship those 5 units to me?

Joshua Hewitt

6320 long leaf CT APT 2g

High Point, NC 27265

774-322-6800

I'm going to try and get them unlocked

**Katerina Kubec**  Mar 14th at 3:13 PM

Sounds good! I have the ITAD team getting these packed up! cc **@Trevor Demers** **@Cameron DiMaggio**

 **Trevor Demers**  Mar 15th at 12:20 PM

Hey **@Josh Hewitt** , Here is the tracking #: 272222241456 for the 5 units heading your way.

 👍 1 😀+

# **EXHIBIT G**



**Date:**     3/30/2023

**Bill To:**
Starburst Data Inc
320 Summer Street - Floor 2
Boston, MA 02210

**Sales Contact:** Kathy Kubec
**Phone: 603-505-8529**
**Email:** kathy.kubec@expoIT.com

**Ship To:**
Starburst Data Inc
TBA
TBA Austin, TX

**Attention:**
**Phone:**
**Email:**

| Qty: | Part # | Description | Unit Cost $ | Ext. Cost $ |
|------|--------|-------------|-------------|-------------|
| 3 | U6-Enterprise-US | Ubiquiti UniFi6 Enterprise Multi-band IEEE 802.11 a/b/g/n/ac/ax 10.20 Gbit/s Wireless Access Point - 2.40 GHz, 5 GHz, 6 GHz - Internal - MIMO Technology - 1 x Network (RJ-45) - 2.5 Gigabit Ethernet - 22 W - Ceiling Mountable, Wall Mountable **In Stock** | $277.12 | $831.36 |
| 1 | U-Rack-6U-TL | Toolless Mini Rack **In Stock** | $300.14 | $300.14 |
| 1 | USW-Pro-24-PoE | Ubiquiti USW-Pro-24-POE Layer 3 Switch - 24 Ports - Manageable - 3 Layer Supported - Modular - Optical Fiber, Twisted Pair - 1U High - Rack-mountable - 1 Year Limited Warranty **In Stock** | $694.12 | $694.12 |
| 1 | UDM-SE | Dream Machine Special Edition **In Stock** | $499.00 | $499.00 |

Notes/Terms and Conditions:
*Payment terms Net30 days unless otherwise arranged prior.
*Product availability is subject to change.
*Prices and discounts (if any) apply only to the specific quantities and estimated delivery schedules shown above.
*This quotation is valid for 30 days.
*Please inquire with your sales rep regarding return policies.  Each manufacturer has different policies. Items ordered in error may not be eligible for return if they are not in resellable condition.
**This quote does not include Freight or Tax unless a specific line item is noted above.**
*Companies that are tax exempt must include a copy of their tax exempt certificate along with purchase order.

| | |
|---|---|
| **Subtotal Price** | **$2,324.62** |
| **Sales tax rate** | 0.00% |
| **Insurance** | $0.00 |
| **tax on purchase** | $0.00 |
| **Freight** | $0.00 |
| **TOTAL** | $2,324.62 |

# **EXHIBIT H**