# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

STARBURST DATA, INC.

      v.                                                      Case Number: 1:25CV209

JOSHUA ROBERT HEWITT

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

| | |
|---|---|
| **PLACE:** | **John Hervey Wheeler United States Courthouse** |
| | **323 E. Chapel Hill St., Durham, NC** |
| **COURTROOM NO.:** | **Second Floor Courtroom** |
| **DATE AND TIME:** | **April 22, 2026, at 9:30 a.m.** |
| **PROCEEDING:** | **Initial Pretrial Conference** |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes <mark>**L.R. 5.4 & 5.5 requirements.**</mark> **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

---

Lawrence H. Cunningham, Clerk

By: /s/ Samantha Hicks, Deputy Clerk

Date: March 20, 2026

TO: ALL COUNSEL AND/OR PARTIES OF RECORD