IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Alexandria Division

STARBURST DATA, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:25-cv-209 (RDA)
)
JOSHUA ROBERT HEWITT, )
)
    Defendants. )

## ORDER

This matter comes before the Court on the Suggestions of Bankruptcy filed by Defendant Joshua Robert Hewitt. Dkt. 25. The Suggestions of Bankruptcy notified the Court and Plaintiff that Defendant both filed Chapter 13 bankruptcy in the U.S. Bankruptcy Court for the Middle District of North Carolina on April 16, 2026. *Id.*, Dkt. 25-1. The filing of a bankruptcy petitioner "operates as a stay, applicable to all entities, of . . . the . . . continuation . . . of a judicial, administrative, or other action or proceeding against the debtor." 11 U.S.C. § 362(a)(1).

Accordingly, pursuant to 11 U.S.C. § 362(a)(1), this action is STAYED until further order of this Court; and it is

FURTHER ORDERED that the parties are DIRECTED to notify the Court as to any resolution of the bankruptcy proceedings; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to stay, administratively close this case and place it among the inactive causes.

It is SO ORDERED.

Alexandria, Virginia
April 17, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

1